```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 06-42336 WJL** |
| **KENNETH EDWARD MURNEY and VIRGINIA ANN MURNEY,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors' plan shall be deemed completed and debtors shall receive a discharge; however debtors shall waive the discharge of any unpaid balance of the priority claim of the State Board of Equalization. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Mr. Murney intends to make arrangements with the State Board of Equalization regarding the remaining priority debt.

Dated: March 27, 2012

                                              /s/ Patrick L. Forte
                                              PATRICK L. FORTE
                                              Attorney for Debtors